IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DuPREE LAMONT ADKINS,** | Case No. 2:25-cv-2598-TLN-DMC-P |
| Plaintiff, | **ORDER** |
| v. | |
| **J. GARY , ET AL.,** | |
| Defendants. | |

Good cause appearing, the Application for Extension of Time to File Dispositional Documents, ECF No. 7, filed by Defendants Garry and Olmedo-Corbett is **GRANTED**. Defendants' deadline to file dispositional documents is hereby extended by 35 days, up to and including December 8, 2025.

**IT IS SO ORDERED.**

Dated:  October 31, 2025

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1