IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DuPREE LAMONT ADKINS,** | Case No. 2:25-cv-2598-TLN-DMC-P |
| Plaintiff, | **ORDER GRANTING DEFENDANTS' SECOND APPLICATION FOR EXTENSION OF TIME TO FILE DISPOSITIONAL DOCUMENTS** |
| v. | |
| **J. GARY, et al.,** | |
| Defendants. | |

Good cause appearing, the Second Application for Extension of Time to File Dispositional Documents filed by Defendants Garry and Olmedo-Corbett is **GRANTED**. Defendant's deadline to file dispositional documents is hereby extended by 43 days, up to and including January 20, 2026.

Dated:  December 4, 2025

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE